# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-242-DCK

| | | |
|---|---|---|
| **JACQUELINE REID,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WAL-MART STORES EAST, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Summary Judgment" (Document No. 7) filed January 22, 2020. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

The undersigned notes that a "Case Settlement Notice" was filed on February 5, 2020, notifying the Court that the parties reached a settlement in this matter. <u>See</u> (Document Nos. 9 and 10). As such, a Stipulation of Dismissal is expected to be filed by **March 6, 2020**.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Summary Judgment" (Document No. 7) is **DENIED AS MOOT**.

Signed: February 13, 2020

David C. Keesler
United States Magistrate Judge